Lynn Hubbard, III, SBN 69773
**Disabled Advocacy Group, APLC**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorneys for Plaintiff
Tony Martinez


Mandana Massoumi, SBN 191359
Edward B. Raskin, SBN 244936
**Dorsey & Whitney, LLP**
38 Technology Drive, Suite 100
Irvine, CA  92618
Telephone:  (949) 932-3600
Facsimile:  (949) 932-3601

Attorneys for Defendants
PL Roseville, LP and Kimco Realty Corporation

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY MARTINEZ, | Case No. CIV.S-08-02567-LKK-EFB |
| Plaintiff, | |
| | Stipulation for Dismissal |
| vs. | |
| PL ROSEVILLE, LP, *et al.*, | |
| Defendants. | |

1
STIPULATION FOR DISMISSAL AND [PROPOSED]ORDER THEREON

PDF created with pdfFactory trial version www.pdffactory.com

TO THE COURT AND ALL PARTIES:

Please take notice that pursuant to Fed. R. Civ. P. 41(a)(1)(i) and (ii), Plaintiff Tony Martinez voluntarily dismisses with prejudice all claims asserted in his complaint and hereby requests that the Court dismiss the above-entitled action in its entirety, with prejudice, including but not limited to any and all claims **as to Defendants PL Roseville, LP and Kimco Realty Corporation** and all its affiliates past, present and future agents, successors, subsidiaries, parent, brother/sister companies and assigns, only.

Dated: June 16, 2009                DISABLED ADVOCACY GROUP, APLC

   */s/ Lynn Hubbard, Esq.*
   LYNN HUBBARD
   Attorney for Plaintiff Tony Martinez

Dated: June 16, 2009                DORSEY & WHITNEY, LLP

   */s/ Mandana Massoumi, Esq.*
   Mandana Massoumi
   Attorney for Defendants PL Roseville, LP and
   Kimco Realty Corporation

## ORDER

IT IS SO ORDERED.

Dated:   June 18, 2009.

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

PDF created with pdfFactory trial version www.pdffactory.com